IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 3:25-cr-00344-AB-1 |
| v. | WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b) |
| SAMUEL TATE BERRY, | |
| Defendant. | |

Defendant Samuel Tate Berry a/k/a Scarlett Armana, by and through her counsel of record, Elizabeth Daily, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

By her signature below, defense counsel certifies that defendant:

- Has received (and had translated for her if necessary) the Information filed in this case on August 28, 2025, ECF 19, charging a misdemeanor violation of 18 U.S.C. § 111(a)(1);

- That defendant knows and understands the accusations against her; and

- That defendant is aware that she is entitled to be arraigned in open court.

Defense counsel further certifies that defendant waives her right to be present in open court for arraignment, the right to a reading of the Information or the stating of the substance of the charge in open court. There is no forfeiture allegation at issue. Further, as a misdemeanor, there is no right to indictment in this matter. Accordingly, no Waiver of Indictment is applicable.

Prior to filing, defense counsel provided counsel for the Government a copy of this notice. Defense counsel certifies that the Government does not object to this waiver.

Defendant respectfully requests that the Court accept this waiver of arraignment and schedule this matter for trial.

Dated August 27, 2025.

Respectfully submitted,

/s/ Elizabeth G. Daily
Elizabeth G. Daily
Attorney for Defendant

---

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P. 10(b) is accepted and a Not Guilty plea is entered on behalf of defendant.

DATED this 27th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE